1  D. Greg Durbin, # 81749                                    (SPACE BELOW FOR FILING STAMP ONLY)
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:   (559) 433-1300
   Facsimile:    (559) 433-2300
5  E-mail: greg.durbin@mccormickbarstow.com

6  G. Kip Edwards, #50446
   P.O. Box 1979
7  Kings Beach, CA  96143
   Delivery address:
8  1132 Regency Way
   Tahoe Vista, CA  96148
9  Telephone:   (530) 546-5892
   Facsimile:    (530) 546-5893
10 E-Mail:  kedwards@ltol.com

11 Attorneys for Plaintiff
   E. & J. GALLO WINERY
12

13                      UNITED STATES DISTRICT COURT

14                            EASTERN DISTRICT

15

16 | E. & J. GALLO WINERY, | Case No.  1:06-CV-00823 OWW SMS |
|---|---|
| Plaintiff, | **STIPULATION RE BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| PERNOD RICARD USA, LLC, an Indiana limited liability company, | Current Hearing: |
| Defendant. | Date:   August 21, 2006<br>Time:   10:00 a.m.<br>Crtrm:  3 |

23        WHEREAS, in response to the Complaint filed on June 26, 2006, defendant has filed a

24 Motion to Dismiss and has scheduled that motion to be heard on August 21, 2006; and

25        WHEREAS, the scheduled hearing date conflicts with a long-planned vacation of

26 plaintiff's lead counsel;

27        THEREFORE, the parties hereby stipulate as follows:

28

1. The hearing on defendant's Motion to Dismiss shall be continued to September 11, 2006 at 10:00 a.m.;

2. Plaintiff's opposition papers shall be served and filed on or before August 15, 2006;

3. Any reply papers shall be served and filed on or before August 31, 2006;

4, Plaintiff shall not take any action in the case prior to the continued hearing date other than responding to the Motion to Dismiss.

Dated: August _3_, 2006.            ALLAN GABRIEL
                                    BROWN RAYSMAN MILLSTEIN
                                    FELDER & STEINER LLP


                                    By: ____/s/ Allan Gabriel_____
                                            Allan Gabriel
                                            Attorney for Defendant
                                            Pernod Ricard USA, LLC

Dated: August _4_, 2006             D. GREG DURBIN
                                    McCORMICK, BARSTOW, SHEPPARD
                                     WAYTE & CARRUTH LLP

                                    G. KIP EDWARDS


                                    By: ____/s/ D. Greg Durbin_____
                                            D. Greg Durbin
                                            Attorneys for Plaintiff
                                            E. & J. Gallo Winery

## ORDER

SO ORDERED:    August 7, 2006


                                    ____/s/ OLIVER W. WANGER_____
                                         United States District Judge

995240.v1

2

Stipulation Re Briefing Schedule And Hearing Date On Defendant's Motion to Dismiss

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

PDF created with pdfFactory trial version www.pdffactory.com