IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTIST L. SANDERS, | ) | 1:06-CV-01823-OWW-LJO-P |
| Plaintiff, | ) ) | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | ) ) | **OR** FILING FEE |
| THE DIRECTOR OF DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Defendants. | ) ) | |

       Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee. On December 13, 2006, plaintiff submitted a certified copy of his prison trust account statement pursuant to 28 U.S.C. § 1915. However, plaintiff has not submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff shall be granted the opportunity to submit the required application. Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

       2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee

1

for this action. Plaintiff is not required to submit another certified copy of his trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:** **January 29, 2007**  /s/ Lawrence J. O'Neill
b6edp0                         UNITED STATES MAGISTRATE JUDGE