D. Greg Durbin, # 81749
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300
E-mail: greg.durbin@mccormickbarstow.com

G. Kip Edwards, #50446
P.O. Box 1979
Kings Beach, CA 96143
Delivery address:
1132 Regency Way
Tahoe Vista, CA 96148
Telephone:   (530) 546-5892
Facsimile:    (530) 546-5893
E-Mail: kedwards@ltol.com

Attorneys for Plaintiff
E. & J. GALLO WINERY

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| E. & J. GALLO WINERY,<br><br>  Plaintiff,<br><br>v.<br><br>PERNOD RICARD USA, LLC, an Indiana limited liability company,<br><br>  Defendant. | Case No. 1:06-CV-00823 OWW SMS<br><br>**ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C. RULE 41(a)(1)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(i) and agreement of the parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party bearing its own attorney's fees and costs of suit.

Dated: 3/19/07                                        /s/ Oliver W. Wanger
                                                      United States District Court Judge

1074195.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C. RULE 41(a)(1)

PDF created with pdfFactory trial version www.pdffactory.com